

# THE THIRTEENTH COURT OF APPEALS

13-20-00365-CV

Sally Mari Burns, Charles Edward Burns, and Jennifer Lee Burns Biela
v.
Cynthia Ann Burns Milian, Ted M. Burns, III, and Mary Margaret Burns Klement

On Appeal from the
105th District Court of Kenedy County, Texas
Trial Court Cause No. 2020-CV-010

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

December 16, 2021